**704**

169 So.2d 439

**Lamar WORKS**

v.

**STATE.**

**7 Div. 668.**

Supreme Court of Alabama.

Nov. 19, 1964.

Lamar Works, pro se.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for respondent.

GOODWYN, Justice.

The petition for mandamus to the Court of Appeals is dismissed. See: Ex parte Lamar Works, Ala.App., 169 So.2d 439.

Petition dismissed.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.